# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Plant Based Food Association | § |
| | §   CIVIL NO: |
| vs. | §   AU:23-CV-01032-RP |
| | § |
| Jennifer Shuford, et al | § |

## ORDER RESETTING BENCH TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, February 23, 2026 at 09:30 AM**.

IT IS SO ORDERED this 2nd day of October, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE