IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| TURTLE ISLAND FOODS INC. *d/b/a* THE TOFURKY COMPANY and PLANT BASED FOOD ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER SHUFORD, *in her official capacity as Commissioner of State Health Services*; CECILE ERWIN YOUNG, *in her official capacity as Executive Commissioner of the Texas Department of Health and Human Services Commission*; and KEN PAXTON, *on behalf of himself and all Texas prosecuting attorneys*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 1:23-CV-1032-RP |

## **FINAL JUDGMENT**

On this date, the Court entered an order granting Plaintiffs' motion for summary judgment and issuing a permanent injunction. As explained in the Court's summary judgment order, Defendants are **ENJOINED** from enforcing Texas Health & Safety Code § 431.082(d-1).

As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on January 28, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE